

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00435-CR

| | | |
|---|---|---|
| ANDREW EDWARD PARKER, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1520505D) |
| V. | § | August 27, 2019 |
| | § | Opinion by Justice Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Ann Dauphinot
Justice Lee Ann Dauphinot